1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED
CLERK, U.S. DISTRICT COURT

APR 27 2015

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )       Case No.: 5:15-mJ-165
                                )
              Plaintiff,        )       ORDER OF DETENTION PENDING
                                )       FURTHER REVOCATION
       v.                       )       PROCEEDINGS
                                )       (FED. R. CRIM. P. 32.1(a)(6); 18
Omar Banderas-Torres            )       U.S.C. § 3143(a)(1))
                                )
              Defendant.        )
_____)

The defendant having been arrested in this District pursuant to a warrant

issued by the United States District Court for the _Northern_ District of

_California_ for alleged violation(s) of the terms and conditions of probation

or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal

Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and

         convincing evidence that he/she is not likely to flee if released under 18

         U.S.C. § 3142(b) or (c).  This finding is based on the following:

         (X)   information in the Pretrial Services Report and Recommendation

         (X)   information in the violation petition and report(s)

         (X)   the defendant's nonobjection to detention at this time

         ( )   other: _____

1

1       and/ or

2   B. (X)   The defendant has not met his/her burden of establishing by clear and

3       convincing evidence that he/she is not likely to pose a danger to the

4       safety of any other person or the community if released under 18 U.S.C.

5       § 3142(b) or (c).  This finding is based on the following:

6           (X)   information in the Pretrial Services Report and Recommendation

7           (X)   information in the violation petition and report(s)

8           (X)   the defendant's nonobjection to detention at this time

9           ( )   other: _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated: April 27, 2015                          _____
                                                     SHERI PYM
15                                                   United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2